UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-8034-GW(MRWx) | Date | September 12, 2019 |
|---|---|---|---|
| Title | *Coalition for Humane Immigrant Rights, et al. v. United States Citizenship and Immigration Services* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| BY TELEPHONE:<br>Amy M. Kaizuka<br>Peter A Schey<br>Hayk Khalumyan | Alarice M. Medrano, AUSA |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. Defendant will have until December 13, 2019 to complete the record as stated on the record. The Court continues the status conference to January 9, 2020 at 8:30 a.m. Counsel are to file a status report by December 23, 2019.

: 13

Initials of Preparer  JG