NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, United States Citizenship and
Immigration Services, Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | No. CV 18-08034 GW (MRWx) <br><br> NOTICE OF FILING *VAUGHN* INDEX <br><br> Honorable George H. Wu <br> United States District Judge |

Please take notice that, in accordance with the Court's Orders (Docket Nos. 54, 56), attached for filing is Defendant's Declaration of Jill A. Eggleston, Assistant Center Director in the Freedom of Information and Privacy Act ("FOIA/PA") Unit, National Records Center ("NRC"), United States Citizenship and Immigration Services ("USCIS"). This Declaration describes, generally, agency procedures for processing FOIA requests for access to agency records and, more specifically, agency action taken in response to the Plaintiffs' FOIA request in this case. In addition, the Declaration

1

makes reference to and incorporates attachments A through G, including a *Vaughn* index[1] that describes: (1) the records USCIS produced to Plaintiffs in response to their FOIA request; (2) the records that were withheld in part; and (3) the bases, pursuant to FOIA, that justify their exemption from disclosure. *See* Attachment G. The Declaration, attachments and index, comprise Defendant's *Vaughn* index.

As set forth in the *Vaughn* index, some information was withheld from disclosure, pursuant to one or more of the following FOIA Exemptions: 5, 6, and 7(C). *See* 5 U.S.C. §§ 552(b)(5), (6), and 7(C). In accordance with the Court's Order, the parties will meet and confer to determine what continuing objections, if any, the Plaintiffs have following the filing of this *Vaughn* index. Thereafter, should any issues remain in dispute, Defendant intends to address those issues as part of a contemplated Motion for Summary Judgment.

Dated: October 16, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*

---

ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, United States Citizenship and Immigration Services, Department of Homeland Security

---

[1] A *Vaughn* index is a document that is prepared in litigation to justify withholding of information under the FOIA. The term arose from the case of *Vaughn v. Rosen*, 484 F.2d 820, 823-25 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974), in which such an index was required to determine the validity of the agency's withholdings. *See also Yonemoto v. Dep't of Veterans Affairs*, 686 F.3d 681, 688 (9th Cir. 2012) (describing requirements for *Vaughn* Index).

2