# LITIGATION SEARCH REQUIREMENTS
# COW2018001096

**Inclusive time frame for all items:  January 1, 2016 through October 10, 2018**

**1.  All documents that report to USCIS Headquarters and those generated by USCIS Headquarters on numbers of approvals and denials of N-400 naturalization applications including but not limited to data compilations that in any way provide the reasons for denials of N-400 naturalization applications.**

Responsible Program Office(s)
>    -**DIR/EXSO**
>    -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; approval; denials; reasons for denial)

   a.  Any document (email, document, PPT, spreadsheet, etc.) sent to/from USCIS Headquarters showing the **number** of approvals/denials of N-400 naturalization applications.
   b.  Any data compilations that in any way provide the **reasons** for denials of N-400 naturalization applications.

**2.  All documents compiling data submitted by one or more of the agency's locations processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the volume of or reasons for RFEs ("Requests For Evidence") and NOID ("Notices of Intent to Deny") notifications issued in N-400 cases.**

Responsible Program Office(s)
>    -**DIR/EXSO**
>    -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; RFEs; Requests For Evidence; NOID; Notices of Intent to Deny)

   a.  Any document (email, document, PPT, spreadsheet, etc.) relating to the **number** of RFEs ("Requests For Evidence") and NOID ("Notices of Intent to Deny") notifications issued in N-400 cases.
   b.  Any document (email, document, PPT, spreadsheet, etc.) relating to the **reasons** for RFEs ("Requests For Evidence") and NOID ("Notices of Intent to Deny") notifications issued in N-400 cases.

**3.  All documents compiling data submitted by one or more of the agency's locations processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the delay in processing N-400 applications.**

Responsible Program Office(s)
    -**DIR/EXSO**
    -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; delay; processing)

   a.   Any document (email, document, PPT, spreadsheet, etc.) related to the delay in processing N-400 applications.

**4.  All documents relating to funds allocated by Congress for the processing and/or adjudication of N-400 applications.**

Responsible Program Office(s)
    -**OCFO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; funds; allocated; Congress)

   a.   Any document (email, document, PPT, spreadsheet, etc.) relating to funds allocated by Congress for the processing and/or adjudication of N-400 applications.

**5.  All documents compiling data that show the fees received with naturalization applications, excluding documents relating to individual cases such as receipts, deposits, etc.**

Responsible Program Office(s)
    -**OCFO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; fee)

   a.   Any document (email, document, PPT, spreadsheet, etc.) relating to the fees received with naturalization applications, excluding documents relating to individual cases such as receipts, deposits, etc.

**6.  All documents regarding USCIS's allocation of funds to its various facilities and field offices for the processing or adjudication of N-400 applications.**

Responsible Program Office(s)
     -**OCFO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; allocation; funds)

       a.  Any document (email, document, PPT, spreadsheet, etc.) relating to USCIS's allocation of funds to its various facilities and field offices for the processing or adjudication of N-400 applications.

**7.  All documents relating in whole or in part to decisions by USCIS officials regarding allocations of funds to the processing centers and field offices for the adjudication of N-400 'applications.**

Responsible Program Office(s)
     -**DIR/EXSO**
     -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**
     -**OCFO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; allocation; funds; adjudication)

       a.  Any document (email, document, PPT, spreadsheet, etc.) relating to decisions on allocations of funds to the processing centers and field offices for the adjudication of N-400 applications.

ATTACHMENT C
3

**8.  All documents that address or concern delays or backlogs in the processing time for naturalization applications.**

<u>Responsible Program Office(s)</u>
      -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

<u>Search:</u> (possible search terms may include the terms/and or combination of terms N-400; naturalization; delay; backlog; processing time)

      a.  Any document (email, document, PPT, spreadsheet, etc.) concerning delays or backlogs in the processing time for naturalization applications.

**9.  To the extent not provided in response to Request Number 8, all data compilations and spreadsheets addressing in whole or in part delays or backlogs in the processing or adjudication of naturalization applications.**

<u>Responsible Program Office(s)</u>
      -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

<u>Search:</u> (possible search terms may include the terms/and or combination of terms N-400; naturalization; delay; backlog; processing; adjudication)

      a.  Any document (email, document, PPT, spreadsheet, etc.) containing data compilations and spreadsheets addressing delays or backlogs in the processing or adjudication of naturalization applications.

**10.  To the extent not provided in response to a separate request, all documents reporting on: (a) the volume of naturalization applications received; (b) where the applications were received; (c) where the applications were processed and adjudicated; and (d) how long it took to fully process and adjudicate the naturalization applications.**

Responsible Program Office(s)
>   -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; number; volume; received; location; process; adjudicate)

>   a.  Any document (email, document, PPT, spreadsheet, etc.) reporting the volume of naturalization applications received;
>   b.  Any document (email, document, PPT, spreadsheet, etc.) reporting where the naturalization applications were received;
>   c.  Any document (email, document, PPT, spreadsheet, etc.) reporting where the naturalization applications were processed and adjudicated;
>   d.  Any document (email, document, PPT, spreadsheet, etc.) reporting ) how long it took to fully process and adjudicate the naturalization applications

**11.  All documents relating to inquiries from or responses to members of Congress relating to the delays in processing N-400 applications.**

Responsible Program Office(s)
>   -**OLA**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; Congress; Senator; Congressman; delay; processing; adjudicate)

>   a.  Any document (email, document, PPT, spreadsheet, etc.) relating to inquiries from or responses to members of Congress relating to the delays in processing N-400 naturalization applications.

**12.  All documents including but not limited to memoranda, guidance, instructions, or directives issued to facilities, centers, or field offices discussing policy or procedures to be followed in the processing or adjudication of N-400 applications.**

Responsible Program Office(s)
>   -**FOD**
>   -**OP&S**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; process; adjudicate; policy manual; training; guidance)

>   a.   Any document (policy, procedures, training materials, etc.) on processing or adjudicating N-400 applications.

**13.  All documents and data compilations sent to or prepared by the Administrative Appeals Office addressing the number of pending and decided appeals of denials of N-400 applications and the outcome of those appeals. This request does not seek copies of the individual appeals or decisions.**

Responsible Program Office(s)
>   -**AAO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; pending; decided; appeal; outcome; decision)

>   a.   Any document (email, document, PPT, spreadsheet, etc.) addressing the number of pending and decided appeals of denials of N-400 applications and the outcome of those appeals.

**14.  All documents sent to or prepared by USCIS regarding delays in naturalization applications due to problems implementing or using the Electronic Immigration System ("ELIS").**

Responsible Program Office(s)
> -**DIR/EXSO**
> -**FOD:  FOD Front Office (Associate Director, Deputy Associate Director, Chief of Staff, any FOD Assistant Associate Director's Office)**
> -**OIT**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; delay; Electronic Immigration System; ELIS)

> a.   Any document (email, document, PPT, spreadsheet, etc.) relating to delays in N-400 naturalization applications due to problems with implementing or using ELIS.

**15.  All documents and data relied upon in The Department of Homeland Security Ombudsman 2017 Annual Report To Congress regarding the USCIS (at https://www.dhs.gov/sites/default/files/publications/DHS%20Annual%20Report%202017_0.pdf**

Responsible Office
> -DHS

**16.  All documents and data relied upon in The Department of Homeland Security Office of Inspector General Report "USCIS Has Been Unsuccessful in Automating Naturalization Benefits delivery," dated November 30, 2017 (at https://www.oig.dhs.gov/reports/2018/uscis-has-been-unsuccessful-automating-naturalization-benefits-delivery/oig-18-23 ).**

Responsible Office
> DHS

ATTACHMENT C
7

**17. All complaints filed by naturalization applicants or those acting on behalf of naturalization applicants regarding inappropriate, abusive, or discriminatory treatment of naturalization**

Responsible Program Office(s)
-**FOD**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; applicant; complaint; inappropriate; abuse; discriminatory)

a. Any document (email, document, PPT, spreadsheet, etc.) relating to complaints filed by naturalization applicants or those acting on behalf of naturalization applicants regarding inappropriate, abusive, or discriminatory treatment of naturalization.

**18. All documents related to a review, update, or revision of the USCIS Fee Review Study described here: https://www.federalregister.gov/documents/2016/05/04/2016-10297/us-citizenship-and-immigration-services-fee-schedule.**

Responsible Program Office(s)
-**OP&S**
-**OCFO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; fee; study; Federal Register; schedule; 2016-10297)

a. Any document (email, document, PPT, spreadsheet, etc.) regarding the USCIS Fee Review Study described here: https://www.federalregister.gov/documents/2016/05/04/2016-10297/us-citizenship-and-immigration-services-fee-schedule.

**19. All documents relied upon, issued in response to, or to implement the change in the mission of USCIS announced on February 22, 2018 described here: https://www.uscis.gov/news/news-releases/uscis-director-l-francis-cissna-new-agency-mission-statement.**

Responsible Program Office(s)
   -**DIR/EXSO**

Search: (possible search terms may include the terms/and or combination of terms mission statement; change; February 22, 2018)

   a. Any document (email, document, PPT, spreadsheet, etc.) regarding changes in the mission of USCIS announced on February 22, 2018 described at https://www.uscis.gov/news/news-releases/uscis-director-l-francis-cissna-new-agency-mission-statement.

**20. All documents received by USCIS from the White House or forwarded by USCIS to the White House regarding in whole or in part the processing or adjudication of naturalization applications.**

Responsible Program Office(s)
   -**DIR/EXSO**

Search: (possible search terms may include the terms/and or combination of terms N-400; naturalization; processing; adjudicate; White House; Executive Office of the President)

   a. Any document (email, document, PPT, spreadsheet, etc.) regarding documents received by USCIS from the White House or forwarded by USCIS to the White House regarding in whole or in part the processing or adjudication of naturalization applications.

ATTACHMENT C