U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010


U.S. Citizenship and Immigration Services

June 28, 2019                                                                                     COW2018001096

Peter A. Schey
Center for Human Rights
256 S. Occidental Blvd.
Los Angeles, CA 90057


Dear Peter A. Schey:

This is a response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office, on September 19, 2018. You specifically requested the following:

1. All documents that report to USCIS Headquarters and those generated by USCIS Headquarters on numbers of approvals and denials of N-400 naturalization applications · including but not limited to data compilations that in any way provide the reasons for denials of N-400 naturalization applications.
2. All documents compiling data submitted by one or more of the agency's locations processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the volume of or reasons for RFEs ("Requests For Evidence") and NOID ("Notices of Intent to Deny") notifications issued in N-400 cases.
3. All documents compiling data submitted by one or more of the agency's locations processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the delay in processing N-400 applications.
4. All documents relating to funds allocated by Congress for the processing and/or adjudication of N-400 applications. (USCIS will have no such record, as Congress does not appropriate funds for processing or adjudication of N-400 applications).
5. All documents compiling data that show the fees received with naturalization applications, excluding documents relating to individual cases such as receipts, deposits, etc.
6. All documents regarding USCIS's allocation of funds to its various facilities and field offices for the processing or adjudication of N-400 applications.
7. All documents relating in whole or in part to decisions by USCIS officials regarding allocations of funds to the processing centers and field offices for the adjudication of N-400 'applications.
8. All documents that address or concern delays or backlogs in the processing time for naturalization applications.
9. To the extent not provided in response to Request Number 8, all data compilations and spreadsheets addressing in whole or in part delays or backlogs in the processing or adjudication of naturalization applications.
10. To the extent not provided in response to a separate request, all documents reporting on: (a) the volume of naturalization applications received; (b) where the applications were received; (c) where the applications were processed and adjudicated; and (d) how long it took to fully process and adjudicate the naturalization applications.
11. All documents relating to inquiries from or responses to members of Congress relating to the delays in processing N-400 applications.

12. All documents including but not limited to memoranda, guidance, instructions, or directives issued to facilities, centers, or field offices discussing policy or procedures to be followed in the processing or adjudication of N-400 applications.
13. All documents and data compilations sent to or prepared by the Administrative Appeals Office addressing the number of pending and decided appeals of denials of N-400 applications and the outcome of those appeals. This request does not seek copies of the individual appeals or decisions.
14. All documents sent to or prepared by USCIS regarding delays in naturalization applications due to problems implementing or using the Electronic Immigration System ("ELIS").
15. All documents and data relied upon in The Department of Homeland Security Ombudsman 2017 Annual Report To Congress regarding the USCIS (at https://www.dhs.gov/sites/default/files/publications/DHS%20Annual%20Report%202017_0.pdf
16. All documents and data relied upon in The Department of Homeland Security Office of Inspector General Report "USCIS Has Been Unsuccessful in Automating Naturalization Benefits delivery," dated November 30, 2017 (at https://www.oig.dhs.gov/reports/2018/uscis-has-been-unsuccessful-automating-naturalization-benefits-delivery/oig-18-23 ).
17. All complaints filed by naturalization applicants or those acting on behalf of naturalization applicants regarding inappropriate, abusive, or discriminatory treatment of naturalization applicants by USCIS employees.
18. All documents related to a review, update, or revision of the USCIS Fee Review Study described here: https://www.federalregister.gov/documents/2016/05/04/2016-10297/us-citizenship-and-immigration-services-fee-schedule
19. All documents relied upon, issued in response to, or to implement the change in the mission of USCIS announced on February 22, 2018 described here: https://www.uscis.gov/news/news-releases/uscis-director-l-francis-cissna-new-agency-mission-statement
20. All documents received by USCIS from the White House or forwarded by USCIS to the White House regarding in whole or in part the processing or adjudication of naturalization applications.

We are currently reviewing and processing records responsive to your request. Enclosed is the first production of responsive records, which consists of 502 pages. We have determined to release these pages in full. We have also referred items 15 and 16 of your request to the agencies listed in those items for review and a response direct to you.

As previously indicated by our attorney, Alarice Medrano, Assistant United States Attorney, we would like to discuss narrowing the scope of your request, which will help USCIS more efficiently process and produce records that are responsive to your request. If you have any questions or would like to discuss the scope of your request, please contact Ms. Medrano.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

ATTACHMENT D
2