| Items | Component | Emails | Responses | location | Notes | Page Counts |
|---|---|---|---|---|---|---|
| ITEM 1 | Item 1-OPQ,FOD | **Request Item 1.** *All documents that report to USCIS Headquarters and those generated by USCIS Headquarters on numbers of approvals and denials of N-400 naturalization applications including but not limited to data compilations that in any way provide the reasons for Denials of N-400 naturalization applications .* This inquiry is specific to the following question-Is there a final report or data generated by USCIS reporting the number of approvals and denials for N-400 applications that provide reasons for denials of N-400's for the timeframe of 1/1/16-10/2/18? | Spreadsheets provided | [SIG Sharepoint](#) | FOD referred to OPQ NR from FOD Spreadsheets worked offline | |
| ITEM 2 | Item 2-OPQ | **Request Item 2.** *All documents compiling data submitted by one or more of the agency's locations Processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the volume of or reasons for RFEs ("Requests for Evidence") +and NOID ("Notices of Intent to Deny") notifications issued **in** N-400 cases.* Concerning the above case (request letter attached); Does OPQ have a report/data that was prepared for DHS or USCIS directorate depicting the volume of RFE's and NOID's either together or separately issued in N-400 cases for the time period 1/1/16-10/2/18. If you do not have a prepared report, can you capture the data we need above? | Spreadsheets provided | [SIG sharepoint](#) | Spreadsheets worked offline | |
| ITEM 3 | Item 3- OPQ | **Request Item 3 and 9**: *All documents compiling data submitted by one or more of the agency's **locations** Processing or adjudicating N-400 naturalization applications or produced by USCIS Headquarters related to the delay in processing N-400 applications.* **AND** To the extent not provided in response to Request Number 8, all data compilations and spreadsheets addressing in whole or in part delays or backlogs in the processing or adjudication of naturalization applications.Is there a final report or data generated by USCIS reporting the number of approvals and denials for N-400 applications that provide reasons for denials of N-400's for the timeframe of 1/1/16-10/2/18? Does OPQ have a report/data that was prepared for DHS or USCIS directorate depicting the volume of N-400 applications? Do you also have the same report showing the delay and/or backlog in adjudicating N-400's for the time-period 1/1/16-10/2/18. This can be one or two reports. However you have it captured. | Spreadsheets provided | [SIG sharepoint](#) | Spreadsheets worked offline | |
| ITEM 4 | Item 4 | **4.** All documents relating to funds allocated by Congress for the processing **and/or adjudication of N-400 applications.** | NRR | | Per discussion with Ahughes, NRR based on the fact that funds are not allocated based on applications. Per notes, Ahughes has already discussed w/Plaintiff | |
| ITEM 5 | Item 5-OCFO | **5.** All documents compiling data that show the fees received with naturalization applications, excluding documents relating to individual cases such as receipts, deposits, etc. Does OCFO have documents or data already compiled or received that provides information about the amount of applicant fees received from Naturalization applications from 1/1/16-10/2/18 USCIS wide. We are not looking for individual cases, receipts, or files. | Spreadsheets provided | [SIG sharepoint](#) | Processed and at the location to the left. | |
| ITEM 6 | Item 6 | All documents regarding USCIS 's allocation of funds to its various facilities and field offices for the processing or adjudication of N-400 applications. | NRR | | Per discussion with Ahughes, NRR based on the fact that funds are not allocated based on applications-Per notes, Ahughes has already disucssed with Plaintiff | |

| | | | | | |
|---|---|---|---|---|---|
| ITEM 7 | Item 7- =OCFO | **Request Item 7:** All documents relating in whole or in part to decisions by USCIS officials regarding allocations of funds to the processing centers and field offices for the adjudication of N-400 'applications. We want to confirm that USCIS does not allocate specific funding to the Field and District Offices for adjudicating N-400 applications. Is there a "line-item" in the USCIS budget this is allocated specifically for N-400 processing? If there is, we need to obtain those documents that show how much is allotted, to whom, when, etc. If information does exist, we need information penitent to the timeframe of 1/1/16-10/2/18. If funding is not allocated; Is there a document or memorandum showing that we do not provide funding at based on applications and petitions or/and specific to N-400 processing. | Regarding request item 7, the OCFO Budget and Planning Division is able to confirm that USCIS does not allocate specific funding to the Field and District Offices for adjudicating Form N-400 applications. In other words, there is no "line-item" in the USCIS annual operating budget that is allocated specifically for Form N-400 processing. | | NRR |
| ITEM 8 | Item 8 RE-ran VERITAS | **8.** All documents that address or concern delays or backlogs in the processing time for naturalization applications. | *8. Going to rerun in VIRITAS- I suggest we re-run this thru VERITAS for DIR, DDIR, DIRFOD search terms backlog or delay + 400, Natz, Naturalize.* | | got with Cpinkerton 11/12/19 to re upload VERITAS Leon Rodriguez, Lori Scilabba, Francis Cissna, and Tracy Renauld with Can we run those with certain search terms? N-400 + delay, N-400 + backlog, Natz + delay, Natz + backlog, Naturalization + delay, Naturalization + backlog |
| ITEM 9 | Item 9-OPQ | See Item 3 | Spreadsheets provided | SIG Sharepoint | Spreadsheets worked offline |
| ITEM 10 | Item 10-OPQ,FOD | **Request Item 10**. *To the extent not provided in response to a separate request, all documents reporting on: (a) where the applications were received; (c) where the applications were processed and adjudicated; and (d) how long it took to fully process and adjudicate the naturalization applications.* Can you provide any prepared reports, data, or spreadsheets reporting on (a) Where the N-400's were processed and adjudicated; (b) How long it took to fully process and adjudicate the N-400's from 1/1/16-10/2/18 (we are looking for an average, for all, not specific to individuals, e.g., Is there a reporting showing the average or median amount of processing time for N-400's form or can that be obtained out of a current database? Is there one report that captures this? If not can you provide separate reports? | Spreadsheets provided | SIG Sharepoint | FOD referred to OPQ NR from FOD Spreadsheets worked offline Seq. 35 and 74 |
| ITEM 11 | ITEM 11-OILA | **Request Item 11:** *All documents relating to inquiries from or responses to members of Congress relating to the delays in processing N-400 applications.* Your shop had provided a spreadsheet containing reasoning but in that column there were only words like "processing times". Do you have anything more detailed in data form or otherwise. The spreadsheet does not suffice in the "reasoning" aspect. | OLA records are spreadsheets | SIG Sharepoint | Although initally we didn't think that the reasoning portion would suffice in the spreadsheets, this is all they have available as to the reasoning aspect. |
| ITEM 12 | Item 12- | **12.** All documents including but not limited to memoranda, guidance, instructions, or directives issued to facilities, centers, or field offices discussing policy or procedures to be followed in the processing or adjudication of N-400 applications. Initially staffed to FOD and OPS | I have some ELIS N-400 guides but not the official AFM maybe? | USCIS Policy manual | I do not have-questioned to FOD 11/12/19- ELIS SOP and then to the left is the AFM public copy. |

| ITEM | Sub-Item | Request | Status | Location | Notes |
|---|---|---|---|---|---|
| ITEM 13 | Item 13-AAO | **Request Item 13:** All documents and data compilations sent to or prepared by the Administrative Appeals Office addressing the number of pending and decided appeals of denials of NUSCIS FOIA Request re Naturalization Applications, N-400 applications and the outcome of those appeals. This request does not seek **copies** of the individual appeals or· decisions.<br><br>Does AAO possess data, a spreadsheet, or report provided to or from AAO containing the number of N-400's appealed, how many are pending and how many were resolved? Do you have data that shows the outcome of the above appeals? The timeframe of data requested is from 1/1/16-10/2/18.<br><br>Our office is not requesting any new data reports but any report or document containing the requested data during the timeframe 1/1/16-10/2/18.  If the records you have already provided are specifically responsive to this staffing, please provide the exact naming convention used for both the records and the staffing sheet so that we may retrieve them. Of you can resubmit them. If not too large, I prefer the records sent directly to me if possible so I can keep track or if need be can be uploaded to the ECN site. See below | The N-400 does not fall within the appellate jurisdiction of the AAO. Thus, the AAO is unable to produce/provide a report on appeals of this case type. | SIG Sharepoint | Requester specifically stated AAO and since AAO does not do this the answer is NR. Ahughes agreed in email. |
| ITEM 14 | Item 14-FOD | **Request Item 14.** *All documents sent to or prepared by USCIS regarding delays in naturalization applications due to problems implementing or using the Electronic Immigration System ("ELIS").* Who within FOD has primary responsibility for support of ELIS or specifically problems or troubleshooting ELIS. Can anything specific to N-400's be captured?<br><br>Can you tell me if there are any report/documents prepared by or sent to USCIS regarding N-400 application delays or backlog caused by implementing or using ELIS? We are looking for a final report or memo concerning the issue of delay/backlog of N-400's as it pertains to ELIS implementation. Timeframe of request is 1/1/16-10/2/18. Was there a report sent to HQ or DHS about this? Is there an internal memorandum that FOD prepared? | 42 pages FOD also look at line item 12 | SIG Sharepoint | Initally tasked FOD with 1 and 10 but they responsded that we need to go to OPQ which we did.  • Who within FOD has primary responsibility for support of ELIS or specifically problems or troubleshooting ELIS. Can anything specific to N-400's be captured? This is        Division 2 (Jeff Sapko and Jim Lloyd) in general, however for N-400s specifically it is Division 3 (Gina Short and James Weidemann). We can try to check archives with ELIS in the search and the dates to see if anything specific.<br>• Can you tell me if there are any report/documents prepared by or sent to USCIS regarding N-400 application delays or backlog caused by implementing or using ELIS? We are looking for a final report or memo concerning the issue of delay/backlog of N-400's as it pertains to ELIS implementation. Timeframe of request is 1/1/16-10/2/18. Was there a report sent to HQ or DHS about this? Is there an internal memorandum that FOD prepared? I don't believe so, but I will defer to Division 2.<br><br>Email also explaining from James Lloyd Div 2 who was over this. Cannot open from S drive need to go to ECN to pull down the staffing response sheet. I also double checked with FOD last week First week of Nov to ensure that FOD was complete. |
| ITEM 15 | Item 15-DHS | 15. All documents and data relied upon in The Department of Homeland Security Ombudsman 2017 Annual Report To Congress regarding the USCIS (at https://www.dhs.gov/sites/defauIt/files/pub Iications/O HS%20Annual%20Rep011%?020 I 7 0.pdf). | Referred to DHS 7/21/19-Follow up on status sent 11/12/19 | SIG Sharepoint | email sent 11/12/19 asking for status and again on 11/22/19 asking for status |

| | | | | | |
|---|---|---|---|---|---|
| **ITEM 16** | Item 16-DHS | 16.. All documents and data relied upon in The Department of Homeland Security Office of Inspector General Report "USCIS Has Been Unsuccessful in Automating Naturalization Benefits Delivery," dated November 30,2017 (at https://www.oig.dhs.gov/reports/2018/uscis-has-been-unsuccessful-automating-naturalization-benefits-delivery/oig-18-23). | Referred to DHS 7/21/19-Follow up on status sent 11/12/19 | SIG Sharepoint | email sent 11/12/19 asking for status and again on 11/22/19 asking for status |
| **ITEM 17** | item 17-OI | **Request Item 17:** All complaints filed by naturalization applicants or those acting on behalf of naturalization applicants regarding inappropriate, abusive, or discriminatory treatment of naturalization applicants by USCIS employees. Please provide records of all complaints filed against a USCIS employee related to abuse or inappropriate behavior allegedly committed by the USCIS employee or employees against any N-400 applicant covering the timeframe from 1/1/16-10/2/18. | 42 pages in response. 5 complaints provided all closed | Housed in seq. 154 in FIRST. All cases are closed | 42 pages of OI records. None pertained to N-400's. All complaints were outside of the request-Either 485's or other. NRR |
| **ITEM 18** | Item 18-OCFO | 18. All documents related to a review, update, or revision of the USCIS Fee Review Study described here: https://www.federalregister.gov/documents/2016/05/04/2016-10297/us-citizenship-and-immigration-services-fee-schedule. Initially staffed to OCFO/OPS | see related FOIA requests | COW2018001288 COW2019500890 | |
| **ITEM 19** | Item 19 | 19. All documents relied upon, issued in response to, or to implement the change in the mission of USCIS announced on February 22, 2018 described here: https://www.uscis.gov/news/news-releases/use is-director-I-francis-c issna-new-agency- mission-sta tement Initially staffed to DIR/EXSO | NRR | | NRR this is just restating the mission statement. |
| **ITEM 20** | item 20-OIT | **Request Item 20:** *All documents received by USCIS from the White House or forwarded by USCIS to the White House regarding in whole or in part the processing or adjudication of Naturalization applications.* You have already run a search for this case but I do not see where we searched for D1 and D2 ( I inquired with the director's office and the three people at the timeframe from 1-1-16-10-2-18 was Leon Rodriguez, Lori Scilabba, Francis Cissna, and Tracy Renauld. Can we run re-run the search using Whitehouse.gov or Whitehouse in the "to and from" line in Outlook along with 400, naturalization and Natz? Can we also search another White House domain of EOP.gov? Timeframe for this is 1/1/16-10/2/18. Please only run these search terms with these people | initially over 10k records but we noticed that there were a lot of documents not responsive so we took out "annual reports" and the result was 464 pages. | 464 pgs. Slot 32 | CSD's for search on VERITAS is in seq. 75-- Looking at records, I am not seeing anything from the WH in this set of records. NRR for Lscilabba | 2 pages everything else OOS-No WH docs. Pages 170-171 responsive. |