UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. CV 18-08034 GW (MRWx)<br><br>Motion Hearing<br>Date: February 18, 2021<br>Time: 8:30 a.m.<br>Ctrm: First Street Courthouse<br>   350 W. 1st Street<br>   Ctrm. #9D, 9th Floor<br>   Los Angeles, CA 90012<br><br>Honorable George H. Wu<br>United States District Judge |

[PROPOSED] JUDGMENT FOR DEFENDANT

Defendant's Motion for Summary Judgment came on regularly for hearing on February 18, 2021, before the Honorable George H. Wu, United States District Judge. The Court having considered the pleadings, evidence presented, memorandum of points and authorities, and oral argument at the time of the hearing, and in accordance with the Findings of Fact and Conclusions of Law filed herein:

HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered in favor of Defendant on all causes of action.

Dated: _____, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*

ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendants, United States Citizenship and Immigration Services, Department of Homeland Security