UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | No. CV 18-8034-GW-MRWx <br><br><br> ORDER <br><br><br><br> Honorable George H. Wu <br> United States District Judge |

Based on the parties stipulation and for good cause, IT IS ORDERED that:

Plaintiffs' opposition to Defendants' motion for summary judgment may be filed on or before March 19, 2021.

Defendants' reply if any shall be filed on or before April 22, 2021.

A hearing on the motion shall be held on May 13, 2021, at 8:30 AM.

The parties may participate in the hearing via telephone or video conference as advised by the clerk of the Court.

IT IS SO ORDERED.
Dated: March 8, 2021

_/s/ George H. Wu_
HON. GEORGE H. WU
United States District Judge

Presented by:
Peter A. Schey
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 4, 2021, I electronically filed the following document(s):

      PROPOSED ORDER

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                      */s/ Peter Schey*

                                      Attorneys for Plaintiffs