PETER SCHEY (Cal. Bar No. 58232)
CARLOS HOLGUIN (Cal. Bar No. 90754)
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Attorney for Plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRALDISTRICT OF CALIFORNIA, WESTERN DIVISION

COALITION FOR HUMANE IMMIGRANT RIGHTS, *ET AL*.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. CV 18-08034 (MRWx)

**EXHIBIT 1 TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

Date: May 2021

Honorable George H. Wu
United States District Judge

Exhibit 1 to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

i

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

*Plaintiffs' counsel continued:*

ERIN C. GANGITANO (CAL. BAR NO. 229824)
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
1121 Mission St.
San Francisco, CA 94103
Telephone: (415) 567-6255
Facsimile: (415) 567-6248
email: ecgangitano@apilegaloutreach.org

LUIS A. PEREZ JIMENEZ (CAL. BAR NO. 319857)
CINTHIA NATALY FLORES (CAL. BAR NO. 304025)
COALITION FOR HUMANE IMMIGRANT RIGHTS
2533 W. Third St., Suite 101
Los Angeles, CA 90057
Telephone: (213) 353-1333
Facsimile: (213) 353-1344
email: lperez@chirla.org
cflores@chirla.org

/ /

Exhibit 1 to Plaintiffs' Opposition Motion to Defendant's Motion for Summary Judgment

ii

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

# U.S. Citizenship and Immigration Services (USCIS): USCIS Backlog

## OVERVIEW

- USCIS is challenged with historically high application and petition backlogs that are impacting timely service delivery.
- The USCIS "backlog" is representative of the number of cases that have been pending adjudication for a particular benefit type (e.g., Application for Naturalization) with the agency for a period of time that is greater than the publically stated cycle time goal.
- The backlog increased over the past Fiscal Year (FY), mainly due to increased filings and a gap in the number of resources available to complete the work.
- 

## DETAILED DISCUSSION

**Current Status:**

- At the end of FY 2017, USCIS had a net backlog of 2.33 million forms, accounting for approximately 41% of its total pending inventory.
- The backlog has grown gradually over the past 10 years.
- At the end of FY 2017, Refugee, Asylum, International Operations (RAIO) had a backlog of 224K cases, up 92K or 69% from one year ago.
- The Field Operations (FO) and Service Center Operations (SCOPS) Directorate's had a combined backlog of approximately 2.11 million cases, up ~1.12 million from one year ago.
- The main reasons for the current backlog include:
  - An increase in the overall volume of applications/petitions (FY 2017 up 6% from FY 2016, FY 2017 up 12% from FY 2015),
  - 
  - 

**Challenges**

- 

*FY 2019 Budget Hearing Prep*

(b)(5) Case 2:18-cv-08034-GW-MRW Document 77-1 Filed 03/26/21 Page 4 of 15 Page ID #:536

- USCIS anticipates continued growth in its backlog in FY 2018 and FY 2019 due to:
  - 
  - 
  - 
  - 
- productivity, increased resources, and a relatively stable external environment.

**Subsequent Actions**

- Actions USCIS is taking to address increased workload demands and backlogs:
  - 
  - 
  - 
  - 
  - 
  - 
  - 

*FY 2019 Budget Hearing Prep*

EXHIBIT 1
2

# US Citizenship and Immigration Services (USCIS) Immigration Examinations Fee Account (IEFA) – Enforcement Activities

**OVERVIEW**

- USCIS charges fees to applicants and petitioners to recover the full cost of providing immigration adjudication and naturalization services.
- This includes the cost of investigatory work necessary to support the adjudication of applications and petitions, including work performed after an adjudication decision has been rendered by USCIS.
-
-

| *($ in millions)* | | | | |
|---|---|---|---|---|
| **Total Program Funding** | | | | |

**DETAILED DISCUSSION**

-

(b)(5) Case 2:18-cv-08034-GW-MRW Document 77-1 Filed 03/26/21 Page 6 of 15 Page ID #:538

- 
- 
- 

*FY 2019 Budget Hearing Prep*

EXHIBIT 1
4



U.S. Citizenship
and Immigration
Services

# Field Operations

Return to Executive Summary Return to Appendix For Internal Use Only 32

EXHIBIT 1
5

# FIELD OPERATIONS DIRECTORATE + SERVICE CENTER OPERATIONS

U.S. Citizenship
and Immigration
Services

| | Measure | FY18 Target | Q1 FY18 Status* | Quarterly Trend | Change from Prior Quarter | % Change from Prior Quarter | Change from Prior Year (Same Quarter) | % Change from Prior Year (Same Quarter) | Explanation: If "unlikely to meet annual target", provide a brief narrative detailing why the result occurred and what corrective actions are planned or are currently being taken to improve performance in the future |
|---|---|---|---|---|---|---|---|---|---|
| | Average of processing cycle time (in months) for adjustment of status to permanent resident applications (I-485) | | | | | | | | |
| | Percent of approved applications for permanent residence that were appropriately decided | | | | | | | | |
| | Average of processing cycle times (All form types) | | | | | | | | |

*Green Font = Likely to meet annual target; Red Font = Unlikely to meet annual target

Performance measures highlighted in yellow indicate Strategic Measures reported to DHS, OMB, Congress, and the public.
Performance measures highlighted in green indicate Management Measures reported to DHS, OMB, and Congress only.

U.S. Citizenship
and Immigration
Services

# FIELD OPERATIONS DIRECTORATE

| Measure | FY18 Target | Q1 FY18 Status* | Quarterly Trend | Change from Prior Quarter | % Change from Prior Quarter | Change from Prior Year (Same Quarter) | % Change from Prior Year (Same Quarter) | **Explanation:** If "unlikely to meet annual target", provide a brief narrative detailing why the result occurred and what corrective actions are planned or are currently being taken to improve performance in the future |
|---|---|---|---|---|---|---|---|---|
| Average of processing cycle time (in months) for naturalization applications (N-400) | | 9.9 | | 1.3 | 15.1% | 2.4 | 32.0% | This measure assesses the program's ability to meet its published processing time goals. |
| Percent of approved applications for naturalization that were appropriately decided | | 99% | | 0.0% | 0.0% | 0.0% | 0.0% | |
| Percent of final adjudications determined to have followed established adjudication procedures *(Data reported with a 1 quarter lag)* | | 95.32% | | 0.8% | 0.9% | -2.5% | -2.6% | |

*Green Font = Likely to meet annual target; Red Font = Unlikely to meet annual target

**Performance measures highlighted in yellow indicate Strategic Measures reported to DHS, OMB, Congress, and the public.**
**Performance measures highlighted in green indicate Management Measures reported to DHS, OMB, and Congress only.**

For Internal Use Only

EXHIBIT 1



# News Release

March 22, 2018

## USCIS Updates Webpage to Share More Accurate Processing Times

**WASHINGTON**—U.S. Citizenship and Immigration Services (USCIS) today launched a pilot to test a redesigned processing times webpage that displays the data for all forms in an easier-to-read format and also tests a new way of collecting data and calculating the processing times for some forms.

The pilot will test four forms using a new automated methodology for calculating processing times. The four forms are:

- Form N-400, Application for Naturalization;
- Form I-90, Application to Replace Permanent Resident Card;
- Form I-485, Application to Register Permanent Residence or Adjust Status; and
- Form I-751, Petition to Remove Conditions on Residence.

The new webpage makes it easier for anyone to see approximately how long it will take USCIS to process a form, which will help users determine when it is necessary to contact USCIS to make an inquiry if their case is outside the normal processing time.

For the four pilot forms, the information on the webpage reflects a new methodology for collecting and calculating processing times. The new methodology is automated, more accurate, and allows USCIS to post data on processing times within two weeks, compared to six weeks under the old methodology.

The updated page displays processing times in a range for each form based on the date USCIS receives it. The low end of the range for pilot forms shows the time it takes to complete 50 percent of cases, and the high end shows the time it takes to complete 93 percent of cases. The high end for the non-pilot forms will be adjusted by 30 percent above current cycle times to reflect the time it takes to complete a majority of the cases.

Applicants, petitioners, and requestors can create an online account at uscis.gov/casestatus to track the status of their cases. They may make an "outside normal processing time" case inquiry for any cases pending longer than the time listed for the high end of the range by submitting a service request online or calling the USCIS Contact Center at 1-800-375-5283.

USCIS will continue to seek user feedback during the test phase and expand this methodology to additional forms in the future.

For more information on USCIS and its programs, please visit www.uscis.gov or follow us on Twitter (@uscis), YouTube (/uscis), and Facebook (/uscis).

- USCIS -

EXHIBIT 1
9

**Moore, Joseph D (Joe)**

| | |
|---|---|
| **From:** | Moore, Joseph D (Joe) |
| **Sent:** | Friday, August 31, 2018 12:07 PM |
| **To:** | Renaud, Tracy L |
| **Cc:** | Kerns, Kevin J |
| **Subject:** | RE: statement/info for D1 |
| **Attachments:** | Backlog Q_A.docx |

Tracy,

This may be more than you wanted, but I was not sure how up to speed D1 is on the Backlog Issue so I wanted to provide enough information that he would understand where we've been, where we are, and where we intend to go to address the issue. My hope is that the below and attached Q&A will inform him well enough that he will be able to formulate a response that he will feel comfortable giving in the hearing. If you need me to do more just let me know.

Q: [redacted] What are your plans looking forward?

A: Since 2012 the USCIS backlog has been gradually increasing, and in particular, the past two years. Multiple factors have contributed to the growth in the backlog over the past 5 years and include the following; several of which are outside the control of USCIS:

- [redacted]

[redacted]

(b)(5)

Joseph Moore
Chief Financial Officer
U.S. Citizenship and Immigration Services
Department of Homeland Security
Joseph.moore@uscis.dhs.gov

**From:** Moore, Joseph D (Joe)
**Sent:** Friday, August 31, 2018 9:45 AM
**To:** Renaud, Tracy L
**Cc:** Kerns, Kevin J
**Subject:** RE: statement/info for D1

The primary driver in the overall year over year staffing growth is the huge decline in productivity [completions per hour] in SCOPS (~40%) and to a lesser degree FOD, and the overall lower officer utilization rates that are now below 60%. These operational staff increases trigger growth across Management and other Directorates, which is why the continued decline in officer productivity and utilization is not sustainable into the future. Notably, the current SAM19 models identify staffing requirements that exceed what we built into the current IEFA fee review by more than 300

[redacted]

----------

I'll have something to you shortly that you can work with to provide D1.

Joe

Joseph Moore
Chief Financial Officer
U.S. Citizenship and Immigration Services
Department of Homeland Security
Joseph.moore@uscis.dhs.gov

[redacted]

**From:** Renaud, Tracy L
**Sent:** Friday, August 31, 2018 8:54 AM
**To:** Moore, Joseph D (Joe)
**Cc:** Kerns, Kevin J
**Subject:** statement/info for D1

[redacted]

*Tracy*

EXHIBIT 1
12

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

Dated: March 26, 2021

PETER A. SCHEY
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW

*/s/ Peter Schey*

Attorneys for Plaintiffs

Plaintiffs' Opposition Motion to Defendant's Motion for Summary Judgment

26

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693