JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | No. CV 18-8034-GW-MRWx <br><br> JUDGMENT FOR DEFENDANT <br><br><br> Honorable George H. Wu <br> United States District Judge |

    Defendant's Motion for Summary Judgment came on regularly for hearing on May 20, 2021, and for further hearings on June 3, 2021, and September 30, 2021, before the Honorable George H. Wu, United States District Judge. The Court having considered the pleadings, evidence presented, including the supplemental declarations submitted in response the Court's Orders Re: Summary Judgment (ECF 82, 84), memorandum of points and authorities, and oral argument at the time of the hearings, and in accordance with the Court's September 30, 2021 Order adopting the tentative ruling and granting summary judgment in favor of Defendant (ECF 87):

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that that judgment is entered in favor of Defendant on all causes of action, and against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each side will bear its own costs, fees, and expenses.

Dated: October 14, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendants, United States
Citizenship and Immigration Services,
Department of Homeland Security